```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| IVANA VELA, | ) |
| | ) No. CV-08-082-CI |
| Petitioner, | ) |
| | ) No. CV-08-086-CI |
| v. | ) |
| | ) NO. CV-08-136-CI |
| JOHN McGRATH and WILLIAM BROWN, | ) |
| | ) ORDER GRANTING STIPULATED |
| | ) MOTION TO DISMISS WITH |
| Respondents. | ) PREJUDICE RESPONDENT JOHN |
| | ) McGRATH AS A PARTY |
| _____ | ) |
| TIFFANY LYNN SCOTT, | ) |
| Petitioner, | ) |
| v. | ) |
| JOHN McGRATH, et al., | ) |
| Respondents. | ) |
| _____ | ) |
| LAURA M. COOK, | ) |
| Petitioner, | ) |
| v. | ) |
| JOHN McGRATH, et al., | ) |
| Respondents. | ) |
| _____ | ) |

Pursuant to the Stipulated Motion for Dismissal,

**IT IS ORDERED** the Motion **(Ct. Rec. 30, No. CV-08-082-CI; Ct. Rec. 30, No. CV-08-086-CI; Ct. Rec. 29, No. CV-08-136-CI)** is **GRANTED.** John McGrath, serving in his capacity as Commander of

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH
PREJUDICE RESPONDENT JOHN McGRATH AS A PARTY - 1

1  Geiger Center, a Spokane County Sheriff's Department Correctional
2  Facility, is **DISMISSED** as a party from the above action with
3  prejudice and without costs.
4     DATED July 2, 2008.

6                    S/ CYNTHIA IMBROGNO
                  UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH
PREJUDICE RESPONDENT JOHN McGRATH AS A PARTY - 2