UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| IVANA VELA, | ) | NO. CV-08-082-JPH |
| | ) | |
| Petitioner, | ) | NO. CV-08-086-JPH |
| | ) | |
| vs. | ) | NO. CV-08-136-JPH |
| | ) | |
| JOHN McGRATH and WILLIAM BROWN, | ) | |
| | ) | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Respondents. | ) | |
| _____ | ) | |
| TIFFANY LYNN SCOTT, | ) | |
| Petitioner, | ) | |
| vs. | ) | |
| JOHN McGRATH, et. al., | ) | |
| Respondents. | ) | |
| _____ | ) | |
| LAURA M. COOK, | ) | |
| Petitioner, | ) | |
| vs. | ) | |
| JOHN McGRATH, et. al., | ) | |
| Respondents. | ) | |

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on December 12, 2008 (Ct. Rec. 44), recommending that the consolidated amended petitions for writs of habeas corpus (Ct. Recs.

-1-

1, 7, 17, & 29) be dismissed and consolidated motions for discovery and an evidentiary hearing (Ct. Recs. 33, 37 - Vela and Scott; Ct. Recs. 32, 36 - Cook) be denied.  Petitioners filed objections on December 23, 2008 (Ct. Rec. 45-46), essentially restating previous arguments.  Having reviewed the report and recommendation, the Court adopts the magistrate judge's analysis and recommendation.

**IT IS HEREBY ORDERED** that the Report and Recommendation **(Ct. Rec. 44)** to **dismiss** petitioners' consolidated petitions for writs of habeas corpus and **deny** motions for discovery and an evidentiary hearing is **ADOPTED in its entirety**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward copies to counsel, and close the file.

DATED this 4th  day of February 2009.

                                        s/ Edward F. Shea
                                    _____
                                          EDWARD F. SHEA
                                    UNITED STATES DISTRICT JUDGE

Q:\Civil\2008\0082.REB-HAB-Order adopting.wpd